1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9   MORGAN KANE,

10            Petitioner,              Civ. No. S 08-1268 MCE KJM P

11       vs.

12   STEVE MOORE, Warden,

13            Respondent.              ORDER

14   _____/

15            Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a

16   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has paid the filing fee.

17            Since petitioner may be entitled to relief if the claimed violation of constitutional

18   rights is proved, respondents will be directed to file a response to petitioner's amended habeas

19   petition.

20            In accordance with the above, IT IS HEREBY ORDERED that:

21            1.  Respondents are directed to file a response to petitioner's amended habeas

22   petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254

23   Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the

24   issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases.  Because this

25   petition challenges a denial of parole, the relevant documents should include the transcript of the

26   November 7, 2007 parole hearing and any documents, reports or letters considered by the panel;

1

1           2. If the response to the amended habeas petition is an answer, petitioner's reply,

2  if any, shall be filed and served within thirty days after service of the answer;

3           3. If the response to the amended habeas petition is a motion, petitioner's

4  opposition or statement of non-opposition to the motion shall be filed and served within thirty

5  days after service of the motion, and respondents' reply, if any, shall be filed and served within

6  fifteen days thereafter; and

7           4. The Clerk of the Court shall serve a copy of this order together with a copy of

8  the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer Neill,

9  Senior Assistant Attorney General.

10  DATED:   April 16, 2009.

11  _____
    U.S. MAGISTRATE JUDGE

12

13

14  2
    kane1268.100

15

16

17

18

19

20

21

22

23

24

25

26